

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## NUMBER 13-09-00203-CV

THE LAW FUNDER, L.L.C.,                                          Appellant,

v.

WILFRIDO GARCIA, ET AL.,                                          Appellees.

On appeal from the 449th District Court of Hidalgo County, Texas.

## NUMBER 13-09-00222-CV

## IN RE:  THE LAW FUNDER, L.L.C.

On Petition for Writ of Mandamus

# MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam

The appellant has filed an unopposed joint motion to dismiss the appeal in cause no. 13-09-00203-CV and a motion to dismiss the petition for writ of mandamus in cause no. 13-09-00222-CV on grounds that the order in connection with which these proceedings were filed has expired, making these proceedings moot. Appellant requests that this Court dismiss the appeal and original proceeding.

The Court, having considered the documents on file and the appellant's unopposed motions, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a). The appellant's unopposed motion to dismiss the appeal in cause no. 13-09-00203-CV and motion to dismiss the petition for writ of mandamus in cause no. 13-09-00222-CV are hereby GRANTED, and the appeal and original proceeding are hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered
and filed this 14th day of May, 2009.